UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00512-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL ERNEST MAES,

        Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **May 8, 2007 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 23rd day of April, 2007

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge